UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 14, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROGER WALLACE BARTLETT, ) <br> ) <br> Defendant. ) | Case No. 2:14MJ00107-AC-1 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  ROGER WALLACE BARTLETT , Case No. 2:14MJ00107-AC-1 , Charge  18USC § 2422(b) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    ✔  Bail Posted in the Sum of $ 150,000.00 

        ✔  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

        ✔  (Other)     Pretrial conditions as stated on the record. 

The defendant shall be released on 5/15/2014 @ 9:00 a.m. to the pretrial services officer

Issued at  Sacramento, CA  on  May 14, 2014  at  2:30 pm  .

                                                      By     /s/ Allison Claire/s/ Allison Claire
                                                           Allison Claire
                                                           United States Magistrate Judge

Copy 2 - Court