HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA   95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ROGER BARTLETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-0141 KJM |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER RE**<br>) **TEMPORARY MODIFICATION OF**<br>) **CONDITIONS OF RELEASE** |
| ROGER BARTLETT, | ) |
| Defendant. | ) Judge:  Hon. Edmund F. Brennan |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Roger Bartlett, that the conditions of release set on May 14, 2014, may be amended to allow him to travel to Redding and Hat Creek, California, leaving June 17 and returning the following day (*i.e.*, tomorrow) for purposes of attending a memorial service for his brother to be held near Hat Creek on June 18.  Hat Creek is on the other side of Mt. Lassen, about 220 miles north of Sacramento.

Mr. Bartlett is charged with attempted enticement of a minor in violation of 18 U.S.C. § 2422(b). He is 67-years-old and has no prior record of arrests or conviction. He is accused of responding to a Craigslist advertisement posted by a Citrus Heights police officer who was pretending to be a 14-year-old girl and of eventually driving to a park to meet the purported teen. On May 14, 2014, the Court ordered Mr. Bartlett released on a secured bond to the third-party custody of his wife and with conditions including electronic monitoring and mobility restrictions. Mr. Bartlett requests permission to travel to Hat Creek, California, to attend a memorial service for his brother.

Pretrial Services has provided the following information to the parties:

Mr. Bartlett is currently subject to Pretrial Services supervision and standard conditions of release, including home detention, no contact with any person under the age of 18, and not to loiter or be found within 100 feet of a park (Adam Walsh Act requirements). Pretrial Services has confirmed the passing of Mr. Bartlett's brother and the services to be held at Lassen National Park on June 18, 2014. The defendant will be accompanied by his wife and his third-party custodian during his two day trip. She understands his conditions of release, including his minor restrictions. Mrs. Bartlett agreed to assist with his supervision and report any known violations to Pretrial Services.

Pretrial Services has contacted all family members who have minor children that will be attending the services. They are aware of the defendant's pending federal charges and have agreed

1  to provide direct supervision of their children when the
2  defendant is present.
3     Pretrial Services will be able to electronically monitor
4  the defendant with a cellular phone unit.  Pretrial Services
5  will contact Mrs. Bartlett to confirm the proper installation of
6  the cellular unit in the hotel room.  Pretrial Services will
7  also contact the hotel to verify the defendant's lodging.
8     Mr. Bartlett has been compliant with his release conditions
9  thus far.  Given Pretrial Services ability to electronically
10 monitor him during his trip, coupled with the defendant's family
11 member's knowledge of his pending charges and assurance all
12 minors will be directly supervised, as well as the defendant's
13 third-party custodian accompanying him during this trip,
14 Pretrial Services does not oppose Mr. Bartlett's travel request
15 for the sole purpose of attending his brother's funeral
16 services.
17    The parties agree that the hearing scheduled for today on
18 Mr. Bartlett's motion may be vacated.

                                       Respectfully Submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender

Dated:  June 17, 2014                  /s/ T. Zindel
                                       TIMOTHY ZINDEL
                                       Assistant Federal Defender
                                       Attorney for ROGER BARTLETT


                                       BENJAMIN WAGNER
                                       United States Attorney

Dated:  June 17, 2014                  /s/ T. Zindel for K. Reardon
                                       KYLE REARDON
                                       Assistant U.S. Attorney

**O R D E R**

Defendant may travel as set forth above, from June 17 to June 18, 2014, under conditions to be set by Pretrial Services. All other conditions of release remain in effect. The hearing on defendant's motion relating to this request is vacated.

IT IS SO ORDERED.

Dated:   June 17, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE