```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
ROGER BARTLETT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-0141 GEB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| ROGER BARTLETT, | |
| Defendant. | Date:  January 22, 2016 |
| | Time:  9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Roger Bartlett, and plaintiff, United States of America, that the status conference scheduled for January 22, 2016, may be continued to March 4, 2016, at 9:00 a.m.

Counsel for the parties met last week to further discuss the resolution proposed by the defense. That proposal remains under review. The parties agree that additional time is needed to fully consider options for resolving the case.

-1-

For these reasons, the parties agree that time under the Speedy Trial Act should be excluded through March 4, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford the parties adequate time for effective preparation and to assure continuity of counsel. The parties ask the Court to enter an order excluding time.

                                Respectfully submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender

Dated: January 19, 2016    /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for ROGER BARTLETT

                                BENJAMIN WAGNER
                                United States Attorney

Dated: January 19, 2016    /s/ T. Zindel for S. Haus
                                SHERRY HARTELL HAUS
                                Assistant U.S. Attorney

## O R D E R

The status conference is hereby continued to March 4, 2016, at 9:00 a.m., and time is excluded through that date for the reasons stated above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Bartlett in a speedy trial.

Dated: January 22, 2016

                                GARLAND E. BURRELL, JR.
                                Senior United States District Judge