HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA   95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ROGER BARTLETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-CR-0141 GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER (PROPOSED)** |
| vs. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| ROGER BARTLETT, ) | |
| Defendant. ) | Date:  March 4, 2016 |
| ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, Jr. |

     It is hereby stipulated and agreed between defendant, Roger Bartlett, and plaintiff, United States of America, that the status conference scheduled for March 4, 2016, may be continued to April 22, 2016, at 9:00 a.m.

     Counsel for the parties have agreed to further discuss the resolution proposed by the defense; the government has yet to fully review its alternative proposal.  The parties agree that additional time is needed to fully consider options for resolving the case.

-1-

1    For these reasons, the parties agree that time under the
2    Speedy Trial Act should be excluded through April 22, 2016,
3    pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford the
4    parties adequate time for effective preparation and to assure
5    continuity of counsel.  The parties agree that the ends of
6    justice served by a continuance outweigh the best interest of
7    the public and Mr. Bartlett in a speedy trial and ask the Court
8    to so find.

9                                           Respectfully submitted,

10                                          HEATHER E. WILLIAMS
                                            Federal Defender
11

12   Dated:   March 2, 2016                 /s/ T. Zindel
                                            TIMOTHY ZINDEL
13                                          Assistant Federal Defender
                                            Attorney for ROGER BARTLETT
14

15                                          BENJAMIN WAGNER
                                            United States Attorney
16

17   Dated:   March 2, 2016                 /s/ T. Zindel for S. Haus
                                            SHERRY HARTELL HAUS
18                                          Assistant U.S. Attorney

19   /////
20   /////
21   /////
22   /////
23   /////
24   /////
25   /////
26   /////
27   /////
28   /////

-2-

**O R D E R**

The status conference scheduled for March 4 is continued to April 22, 2016, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Bartlett in a speedy trial. Time is therefore excluded from the date of this order through April 22, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  March 3, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

-3-