```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorney for Defendant
ROGER BARTLETT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>            vs.<br><br>ROGER BARTLETT,<br><br>    Defendant. | Case No. 2:14-CR-0141 GEB<br><br>**STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  April 22, 2016<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Roger Bartlett, and plaintiff, United States of America, that the status conference scheduled for April 22, 2016, may be continued to June 17, 2016, at 9:00 a.m.

Counsel for the parties have agreed to further discuss the resolution proposed by the defense; the government has yet to disclose its alternative proposal.  Once it does so, defense counsel will need additional time to review it with Mr.

-1-

1  Bartlett.  The parties agree that additional time is needed to
2  fully consider options for resolving the case.
3      For these reasons, the parties agree that time under the
4  Speedy Trial Act should be excluded through June 17, 2016,
5  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford the
6  parties adequate time for effective preparation and to assure
7  continuity of counsel.  The parties agree that the ends of
8  justice served by a continuance outweigh the best interest of
9  the public and Mr. Bartlett in a speedy trial and ask the Court
10 to so find.

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated:  April 21, 2016              /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for ROGER BARTLETT


                                    BENJAMIN WAGNER
                                    United States Attorney

Dated:  April 21, 2016              /s/ T. Zindel for S. Haus
                                    SHERRY HARTELL HAUS
                                    Assistant U.S. Attorney

/////
/////
/////
/////
/////
/////
/////
/////

**O R D E R**

The status conference scheduled for April 22 is continued to June 17, 2016, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Bartlett in a speedy trial. Time is therefore excluded from the date of this order through June 17, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  April 21, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge