1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   TIMOTHY ZINDEL, #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710
    timothy_zindel@fd.org
5

6   Attorney for Defendant
    ROGER BARTLETT
7

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13  UNITED STATES OF AMERICA,    ) Case No. 2:14-CR-0141 GEB
                                 )
14          Plaintiff,           )
                                 ) **STIPULATION AND ORDER (PROPOSED)**
15                    vs.        ) **CONTINUING STATUS CONFERENCE**
                                 ) **AND EXCLUDING TIME**
16  ROGER BARTLETT,              )
                                 )
17          Defendant.           ) Date:   June 17, 2016
                                 ) Time:   9:00 a.m.
18  _____      ) Judge:  Hon. Garland E. Burrell, Jr.

19

20       It is hereby stipulated and agreed between defendant, Roger

21  Bartlett, and plaintiff, United States of America, that the

22  status conference scheduled for June 17, 2016, may be continued

23  to August 19, 2016, at 9:00 a.m.

24       Counsel have agreed to further discuss a resolution the

25  defense proposed earlier this year.  The case was recently

26  reassigned within the U.S. Attorney's Office.  While the

27  government earlier mentioned having an alternative proposal, it

28  has yet to disclose it, and the newly-assigned A.U.S.A. would

                                -1-

1   like to have additional time to review the defense proposal.

2   The parties agree that additional time is needed to consider

3   their options for resolving the case.

4      For these reasons, the parties agree that time under the

5   Speedy Trial Act should be excluded through August 19, 2016,

6   pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford the

7   parties adequate time for effective preparation and to assure

8   continuity of counsel.  The parties agree that the ends of

9   justice served by a continuance outweigh the best interest of

10   the public and Mr. Bartlett in a speedy trial and ask the Court

11   to so find.

12                  Respectfully submitted,

13                  HEATHER E. WILLIAMS
                    Federal Defender

14

15 Dated:  June 15, 2016     /s/ T. Zindel
                    TIMOTHY ZINDEL

16                  Assistant Federal Defender
                    Attorney for ROGER BARTLETT

17

18                  BENJAMIN WAGNER
                    United States Attorney

19

20 Dated:  June 15, 2016     /s/ T. Zindel for M. Morris
                    MATTHEW MORRIS

21                  Assistant U.S. Attorney

22 /////

23 /////

24 /////

25 /////

26 /////

27 /////

28 /////

-2-

**O R D E R**

The status conference scheduled for June 17 is continued to August 19, 2016, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Bartlett in a speedy trial. Time is therefore excluded from the date of this order through August 19, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  June 16, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge