HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ROGER BARTLETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-0141 GEB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| ROGER BARTLETT, | |
| Defendant. | Date:  August 19, 2016<br>Time:  9:00 a.m.<br>Judge:  Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Roger Bartlett, and plaintiff, United States of America, that the status conference scheduled for August 19, 2016, may be continued to October 14, 2016, at 9:00 a.m.

Counsel have agreed to further discuss a resolution the defense proposed earlier this year.  The case was recently reassigned within the U.S. Attorney's Office.  While the government earlier mentioned having an alternative proposal, it has yet to disclose it, and the newly-assigned A.U.S.A. would

-1-

1  like to have additional time to review the defense proposal.
2  The parties agree that additional time is needed to consider
3  their options for resolving the case.
4      For these reasons, the parties agree that time under the
5  Speedy Trial Act should be excluded through October 14, 2016,
6  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford the
7  parties adequate time for effective preparation and to assure
8  continuity of counsel.  The parties agree that the ends of
9  justice served by a continuance outweigh the best interest of
10 the public and Mr. Bartlett in a speedy trial and ask the Court
11 to so find.

                                  Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Defender

Dated: August 17, 2016    /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for ROGER BARTLETT


                                  PHILLIP A. TALBERT
                                  Acting United States Attorney

Dated: August 17, 2016    /s/ T. Zindel for M. Morris
                                  MATTHEW MORRIS
                                  Assistant U.S. Attorney

22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

O R D E R

The status conference scheduled for August 19 is continued to October 14, 2016, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Bartlett in a speedy trial. Time is therefore excluded from the date of this order through October 14, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  August 18, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge