```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA   95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
```

Attorney for Defendant
ROGER BARTLETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-0141 GEB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE** |
| ROGER BARTLETT, | |
| Defendant. | Judge: Hon. Allison Claire |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Roger Bartlett, that the conditions of release (last amended on July 26) may be amended to extend his curfew to 10:00 p.m. on October 12, 2016.

This stipulation arises sent today to defense counsel, "Would you please prepare a Stipulation and Order for the Court to sign regarding Mr. Bartlett's request to extend his curfew on October 12, 2016 . . . . The purpose of this request is so he

-1-

can pick his wife up from the airport (Sacramento).  She lands at 8:30 p.m.  I'm thinking he can be home by 10:00 p.m."  Government counsel emailed, "No objection from me."

                                    Respectfully Submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated: October 2, 2016        /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for ROGER BARTLETT

                                    BENJAMIN WAGNER
                                    United States Attorney

Dated: October 2, 2016        /s/ T. Zindel for M. Morris
                                    MATTHEW MORRIS
                                    Assistant U.S. Attorney

## O R D E R

    Defendant's curfew shall be 10:00 p.m. on October 12, 2016, only.

    IT IS SO ORDERED.

Dated: October 12, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE