1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy_zindel@fd.org
5

6  Attorney for Defendant
   ROGER BARTLETT
7

8

9
              IN THE UNITED STATES DISTRICT COURT
10
              FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13  UNITED STATES OF AMERICA,    ) Case No. 2:14-CR-0141 GEB
                                 )
14       Plaintiff,              )
                                 ) **STIPULATION AND ORDER (PROPOSED)**
15              vs.              ) **CONTINUING STATUS CONFERENCE**
                                 ) **AND EXCLUDING TIME**
16  ROGER BARTLETT,              )
                                 )
17       Defendant.              ) Date:   October 14, 2016
                                 ) Time:   9:00 a.m.
18  _____  ) Judge:  Hon. Garland E. Burrell, Jr.

19

20      It is hereby stipulated and agreed between defendant, Roger

21  Bartlett, and plaintiff, United States of America, that the

22  status conference scheduled for October 14, 2016, may be

23  continued to December 16, 2016, at 9:00 a.m.

24      Counsel has agreed to further discuss a resolution the

25  defense proposed earlier this year.  The proposal awaits further

26  review within the U.S. Attorney's Office.  While the government

27  earlier mentioned having an alternative proposal, it has yet to

28  disclose it, and the newly-assigned A.U.S.A. would like to have

-1-

additional time to review the defense proposal.  The parties agree that additional time is needed to consider their options for resolving the case.

For these reasons, the parties agree that time under the Speedy Trial Act should be excluded through December 16, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford the parties adequate time for effective preparation and to assure continuity of counsel.  The parties agree that the ends of justice served by a continuance outweigh the best interest of the public and Mr. Bartlett in a speedy trial and ask the Court to so find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  October 13, 2016        /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for ROGER BARTLETT


                                PHILLIP A. TALBERT
                                Acting United States Attorney

Dated:  October 13, 2016        /s/ T. Zindel for M. Morris
                                MATTHEW MORRIS
                                Assistant U.S. Attorney

/////
/////
/////
/////
/////
/////
/////

-2-

O R D E R

The status conference scheduled for October 14, 2016 is continued to December 16, 2016, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Bartlett in a speedy trial. Time is therefore excluded from the date of this order through December 16, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

   IT IS SO ORDERED.
Dated:  October 13, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge