HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ROGER BARTLETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-CR-0141 GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER (PROPOSED)** |
| vs. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| ROGER BARTLETT, ) | |
| Defendant. ) | Date: December 16, 2016 |
| ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Roger Bartlett, and plaintiff, United States of America, that the status conference scheduled for December 16, 2016, may be continued to February 17, 2017, at 9:00 a.m.

Defense counsel seeks additional time to supplement a resolution proposed earlier this year.  The proposal awaits further review within the U.S. Attorney's Office.  While the government earlier mentioned having an alternative proposal, it has yet to disclose it, and the assigned A.U.S.A. would like to

-1-

1  have additional time to review the defense proposal.  The
2  parties agree that additional time is needed to consider their
3  options for resolving the case.
4      For these reasons, the parties agree that time under the
5  Speedy Trial Act should be excluded through February 17, 2017,
6  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford the
7  parties adequate time for effective preparation and to assure
8  continuity of counsel.  The parties agree that the ends of
9  justice served by a continuance outweigh the best interest of
10 the public and Mr. Bartlett in a speedy trial and ask the Court
11 to so find.

12                                     Respectfully submitted,

13                                     HEATHER E. WILLIAMS
14                                     Federal Defender

15 Dated:  December 14, 2016       /s/ T. Zindel
16                                 TIMOTHY ZINDEL
                                   Assistant Federal Defender
17                                 Attorney for ROGER BARTLETT

18                                 PHILLIP A. TALBERT
                                   United States Attorney
19

20 Dated:  December 14, 2016       /s/ T. Zindel for M. Morris
                                   MATTHEW MORRIS
21                                 Assistant U.S. Attorney

22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

O R D E R

The status conference scheduled for December 16, 2016 is continued to February 17, 2017, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Bartlett in a speedy trial. Time is therefore excluded from the date of this order through February 17, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

　　　IT IS SO ORDERED.

Dated:   December 15, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge