HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA   95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ROGER BARTLETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-CR-0141 GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER (PROPOSED)** |
| vs. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| ROGER BARTLETT, ) | |
| Defendant. ) | Date:   March 31, 2017 |
| ) | Time:   9:00 a.m. |
| ) | Judge:  Hon. Garland E. Burrell, Jr. |

    It is hereby stipulated and agreed between defendant, Roger Bartlett, and plaintiff, United States of America, that the status conference scheduled for March 31, 2017, may be continued to May 19, 2017, at 9:00 a.m.

    Defense counsel seeks additional time to research and supplement the law pertaining to the pending charges.  A proposal awaits further review within the U.S. Attorney's Office.  While the government earlier mentioned having an alternative proposal, it has yet to disclose it, and the

-1-

1  assigned A.U.S.A. would like to have additional time to review
2  the defense proposal.  The parties agree they need additional
3  time to consider their options for resolving the case.  Defense
4  counsel will not be available until mid-May due to jury trial.
5       For these reasons, the parties agree that time under the
6  Speedy Trial Act should be excluded through May 19, 2017,
7  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford the
8  parties adequate time for effective preparation and to assure
9  continuity of counsel.  The parties agree that the ends of
10 justice served by a continuance outweigh the best interest of
11 the public and Mr. Bartlett in a speedy trial and ask the Court
12 to so find.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

16 Dated:  March 29, 2017              /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ROGER BARTLETT


                                        PHILLIP A. TALBERT
                                        United States Attorney

21 Dated:  March 29, 2017              /s/ T. Zindel for M. Morris
                                        MATTHEW MORRIS
                                        Assistant U.S. Attorney
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

**O R D E R**

The status conference scheduled for March 31 is continued to May 19, 2017, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Bartlett in a speedy trial. Time is therefore excluded from the date of this order through May 19, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  March 30, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge