1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy_zindel@fd.org
5

6  Attorney for Defendant
   ROGER BARTLETT
7

8
                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,      ) Case No. 2:14-CR-0141 GEB
                                  )
13         Plaintiff,             )
                                  ) **STIPULATION AND ORDER (PROPOSED)**
14              vs.               ) **CONTINUING STATUS CONFERENCE**
                                  ) **AND EXCLUDING TIME**
15 ROGER BARTLETT,                )
                                  )
16         Defendant.             ) Date:  August 25, 2017
                                  ) Time:  9:00 a.m.
17 _____) Judge: Hon. Garland E. Burrell, Jr.

18

19      It is hereby stipulated and agreed between defendant, Roger

20 Bartlett, and plaintiff, United States of America, that the

21 status conference scheduled for August 25, 2017, may be

22 continued to September 29, 2017, at 9:00 a.m.

23      Defense counsel has provided additional legal authorities

24 to the U.S. Attorney's Office to review in connection with his

25 proposal to resolve the case.  The government has requested

26 additional time to review the defense's authorities.  The

27 parties agree they need additional time to consider their

28 options for resolving the case.  For these reasons, the parties

                                -1-

agree that time under the Speedy Trial Act should be excluded through September 29, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford the parties adequate time for effective preparation and to assure continuity of counsel. The parties agree that the ends of justice served by a continuance outweigh the best interest of the public and Mr. Bartlett in a speedy trial and ask the Court to so find.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated: August 14, 2017      /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ROGER BARTLETT


                                        PHILLIP A. TALBERT
                                        United States Attorney

Dated: August 14, 2017      /s/ T. Zindel for M. Morris
                                        MATTHEW MORRIS
                                        Assistant U.S. Attorney

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

O R D E R

The status conference scheduled for August 25 is continued to September 29, 2017, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Bartlett in a speedy trial. Time is therefore excluded from the date of this order through September 29, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: August 14, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge