HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ROGER BARTLETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-0141 GEB |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER (PROPOSED)** |
| vs. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| ROGER BARTLETT, | ) |
| | ) |
| Defendant. | ) Date:    October 27, 2017 |
| | ) Time:    9:00 a.m. |
| _____ | ) Judge:  Hon. Garland E. Burrell, Jr. |

     It is hereby stipulated and agreed between defendant, Roger

Bartlett, and plaintiff, United States of America, that the

status conference scheduled for October 27, 2017, may be

continued to December 15, 2017, at 9:00 a.m.

     Defense counsel provided additional legal authorities to

the U.S. Attorney's Office to review in connection with his

proposal to resolve the case.  The government advises it is

preparing an alternative proposal for the defense's

consideration.  The parties agree they need additional time to

consider all options for resolving the case.  For these reasons,

the parties agree that time under the Speedy Trial Act should be excluded through December 15, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford the parties adequate time for effective preparation and to assure continuity of counsel. The parties agree that the ends of justice served by a continuance outweigh the best interest of the public and Mr. Bartlett in a speedy trial and ask the Court to so find.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated:  October 25, 2017          /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ROGER BARTLETT


                                        PHILLIP A. TALBERT
                                        United States Attorney

Dated:  October 25, 2017          /s/ T. Zindel for M. Morris
                                        MATTHEW MORRIS
                                        Assistant U.S. Attorney

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

**O R D E R**

The status conference scheduled for October 27 is continued to December 15, 2017, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Bartlett in a speedy trial. Time is therefore excluded from the date of this order through December 15, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  October 26, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge