HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ROGER BARTLETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>        vs.<br><br>ROGER BARTLETT,<br><br>   Defendant. | Case No. 2:14-CR-0141 GEB<br><br>**STIPULATION AND ORDER MODIFYING BOND AND RECONVEYING PROPERTY**<br><br>Judge: Hon. Carolyn K. Delaney |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Roger Bartlett, that the conditions of release ordered on May 14, 2014, may be amended as follows.

1. The $200,000 bond (doc. 5) is reduced to $150,000.

2. The bond secured by the $100,000 deed of trust from Richard Hill (doc. 17) shall remain in force.

3. The bond secured by a deed of trust from Roger Wallace Bartlett and Leslie B. Bartlett (doc. 21) is exonerated.

-1-

The Clerk shall release the lien placed on the Bartlett's property and reconvey the property.

4. The unsecured bond in the amount of $50,000 signed by the Bartletts (doc. 7) shall remain in force. The Bartletts shall not diminish the equity in their real property while the bond remains in place. Removal of the equity in their property will constitute a violation of the conditions of release.

The parties have conferred with Pretrial Services (Officer Walker) who advises that Pretrial concurs in this request.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: November 16, 2017   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ROGER BARTLETT

PHILLIP A. TALBERT
United States Attorney

Dated: November 16, 2017   /s/ T. Zindel for M. Morris
MATTHEW MORRIS
Assistant U.S. Attorney

**O R D E R**

The bond is modified as set forth above. The Clerk shall reconvey the deed of trust from the Bartletts (described in docket no. 21).

IT IS SO ORDERED.

Dated: November 17, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE