HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ROGER BARTLETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-0141 GEB |
| Plaintiff, | ) |
| | ) |
| | ) **STIPULATION AND ORDER (PROPOSED)** |
| vs. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| ROGER BARTLETT, | ) |
| | ) |
| Defendant. | ) Date:    December 15, 2017 |
| | ) Time:    9:00 a.m. |
| | ) Judge:  Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Roger Bartlett, and plaintiff, United States of America, that the status conference scheduled for December 15, 2017, may be continued to January 19, 2019, at 9:00 a.m.

Defense counsel provided additional legal authorities to the U.S. Attorney's Office to review in connection with his proposal to resolve the case.  The government advises it is undergoing supervisorial review.  The parties agree they need additional time to consider all options for resolving the case.  For these reasons, the parties agree that time under the Speedy

-1-

Trial Act should be excluded through January 19, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford the parties adequate time for effective preparation and to assure continuity of counsel. The parties agree that the ends of justice served by a continuance outweigh the best interest of the public and Mr. Bartlett in a speedy trial and ask the Court to so find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:   December 12, 2017      /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for ROGER BARTLETT


                                PHILLIP A. TALBERT
                                United States Attorney

Dated:   December 12, 2017      /s/ T. Zindel for M. Morris
                                MATTHEW MORRIS
                                Assistant U.S. Attorney

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

**O R D E R**

The status conference scheduled for December 15 is continued to January 19, 2018, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Bartlett in a speedy trial. Time is therefore excluded from the date of this order through January 19, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  December 12, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge