1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy_zindel@fd.org
5

6  Attorney for Defendant
   ROGER BARTLETT
7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,    ) Case No. 2:14-CR-0141 GEB
                                 )
13          Plaintiff,           )
                                 ) **STIPULATION AND ORDER (PROPOSED)**
14                  vs.          ) **CONTINUING STATUS CONFERENCE**
                                 ) **AND EXCLUDING TIME**
15  ROGER BARTLETT,              )
                                 )
16          Defendant.           ) Date:   January 19, 2018
                                 ) Time:   9:00 a.m.
17  _____    ) Judge:  Hon. Garland E. Burrell, Jr.

18

19       It is hereby stipulated and agreed between defendant, Roger

20  Bartlett, and plaintiff, United States of America, that the

21  status conference scheduled for January 19, 2018, may be

22  continued to March 16, 2018, at 9:00 a.m.

23       Defense counsel provided additional legal authorities to

24  the U.S. Attorney's Office to review in connection with his

25  proposal to resolve the case.  The government advises it is

26  undergoing supervisorial review.  The parties agree they need

27  additional time to consider all options for resolving the case.

28  For these reasons, the parties agree that time under the Speedy

                                  -1-

1  Trial Act should be excluded through March 16, 2018, pursuant to

2  18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford the parties

3  adequate time for effective preparation and to assure continuity

4  of counsel.  The parties agree that the ends of justice served

5  by a continuance outweigh the best interest of the public and

6  Mr. Bartlett in a speedy trial and ask the Court to so find.

7                              Respectfully submitted,

8                              HEATHER E. WILLIAMS
                               Federal Defender
9

10 Dated:  January 17, 2018    /s/ T. Zindel
                               TIMOTHY ZINDEL
11                             Assistant Federal Defender
                               Attorney for ROGER BARTLETT
12

13                             McGREGOR SCOTT
                               United States Attorney
14

15 Dated:  January 17, 2018    /s/ T. Zindel for M. Morris
                               MATTHEW MORRIS
16                             Assistant U.S. Attorney

17 /////

18 /////

19 /////

20 /////

21 /////

22 /////

23 /////

24 /////

25 /////

26 /////

27 /////

28 /////

**O R D E R**

The status conference scheduled for January 19 is continued to March 16, 2018, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Bartlett in a speedy trial. Time is therefore excluded from the date of this order through March 16, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: January 19, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge