1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy_zindel@fd.org
5

6  Attorney for Defendant
   ROGER BARTLETT
7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,      ) Case No. 2:14-CR-0141 GEB
                                   )
13         Plaintiff,              )
                                   ) **STIPULATION AND ORDER (PROPOSED)**
14                   vs.           ) **CONTINUING STATUS CONFERENCE**
                                   ) **AND EXCLUDING TIME**
15  ROGER BARTLETT,                )
                                   )
16         Defendant.              ) Date:   March 16, 2018
                                   ) Time:   9:00 a.m.
17  _____  ) Judge:  Hon. Garland E. Burrell, Jr.

18

19       It is hereby stipulated and agreed between defendant, Roger

20  Bartlett, and plaintiff, United States of America, that the

21  status conference scheduled for March 16, 2018, may be continued

22  to May 11, 2018, at 9:00 a.m.

23       Defense counsel provided additional legal authorities to

24  the U.S. Attorney's Office to review in connection with his

25  proposal to resolve the case.  The government advises it is

26  undergoing supervisorial review but has proposed an alternative.

27  The parties agree they need additional time to consider all

28  options for resolving the case.  For these reasons, the parties

                                 -1-

1  agree that time under the Speedy Trial Act should be excluded
2  through May 11, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
3  (b)(iv), to afford the parties adequate time for effective
4  preparation and to assure continuity of counsel.  The parties
5  agree that the ends of justice served by a continuance outweigh
6  the best interest of the public and Mr. Bartlett in a speedy
7  trial and ask the Court to so find.

8                              Respectfully submitted,

9                              HEATHER E. WILLIAMS
                               Federal Defender
10

11 Dated:  March 15, 2018       /s/ T. Zindel
                               TIMOTHY ZINDEL
12                              Assistant Federal Defender
                               Attorney for ROGER BARTLETT
13

14                             McGREGOR SCOTT
                               United States Attorney
15

16 Dated:  March 15, 2018       /s/ T. Zindel for M. Morris
                               MATTHEW MORRIS
17                              Assistant U.S. Attorney

18 /////
19 /////
20 /////
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

**O R D E R**

The status conference scheduled for March 16 is continued to May 11, 2018, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Bartlett in a speedy trial. Time is therefore excluded from the date of this order through May 11, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  March 15, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge