HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ROGER BARTLETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-0141 GEB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| ROGER BARTLETT, | |
| Defendant. | Date: May 11, 2018<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Roger Bartlett, and plaintiff, United States of America, that the status conference scheduled for May 11, 2018, may be continued to June 29, 2018, at 9:00 a.m.

Defense counsel provided additional legal authorities to the U.S. Attorney's Office to review in connection with his proposal to resolve the case. The government is scheduling additional supervisorial review. The parties agree they need additional time to consider all options for resolving the case. For these reasons, the parties agree that time under the Speedy

-1-

Trial Act should be excluded through June 29, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford the parties adequate time for effective preparation and to assure continuity of counsel.  The parties agree that the ends of justice served by a continuance outweigh the best interest of the public and Mr. Bartlett in a speedy trial and ask the Court to so find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  May 9, 2018      /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ROGER BARTLETT

McGREGOR SCOTT
United States Attorney

Dated:  May 9, 2018      /s/ T. Zindel for M. Morris
MATTHEW MORRIS
Assistant U.S. Attorney

**O R D E R**

The status conference scheduled for May 11 is continued to June 29, 2018, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Bartlett in a speedy trial. Time is therefore excluded from the date of this order through June 29, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  May 10, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge