```
1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   TIMOTHY ZINDEL, #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710
    timothy_zindel@fd.org
5

6   Attorney for Defendant
    ROGER BARTLETT
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-0141 GEB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER MODIFYING BOND** |
| ROGER BARTLETT, | |
| Defendant. | Judge: Hon. Carolyn K. Delaney |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Roger Bartlett, that the conditions of release ordered on May 14, 2014, may be amended as follows:

1. To remove Mr. Bartlett's wife, Leslie Bartlett, from the bond, both as surety and as third-party custodian.
2. To modify condition 4 of the Special Conditions of Release (doc. 6) to provide: "You are to reside at a residence approved by Pretrial Services and not move or

-1-

| | |
|---|---|
| 1 | absent yourself from that residence for more than 24 |
| 2 | hours without the prior approval of the pretrial services |
| 3 | officer." |

This modification arises at the suggestion of Pretrial Services Office Walker because Mr. Bartlett and his wife are separating and plan to have separate residences. Mr. Bartlett has been on pretrial release with electronic monitoring for four years without incident. The bond remains secured by a $100,000 property bond from Richard Hill (doc. 17) and an unsecured bond of $50,000 signed by Mr. Bartlett, who is obligated not to dissipate the equity in his real property (the parties agree to release only Leslie Bartlett from her obligation under that bond). In light of the long history of compliance, third-party custody is no longer needed.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: May 9, 2018           /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for ROGER BARTLETT


                             McGREGOR SCOTT
                             United States Attorney

Dated: May 9, 2018           /s/ T. Zindel for M. Morris
                             MATTHEW MORRIS
                             Assistant U.S. Attorney

**O R D E R**

The bond is modified as set forth above.

IT IS SO ORDERED.

Dated: May 30, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE