HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ROGER BARTLETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:14-CR-0141 GEB |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| ROGER BARTLETT, | |
| Defendant. | Date: September 21, 2018<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Roger Bartlett, and plaintiff, United States of America, that the status conference scheduled for September 21, 2018, may be continued to November 2, 2018, at 9:00 a.m.

Defense counsel awaits a response from the government following supervisorial review of legal authorities he provided. The parties agree they need additional time to consider all options for resolving the case, including the possible filing of a motion to dismiss. For these reasons, they agree that time under the Speedy Trial Act should be excluded through November 2, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to

-1-

afford the parties adequate time for effective preparation and to assure continuity of counsel.  The parties agree that the ends of justice served by a continuance outweigh the best interest of the public and Mr. Bartlett in a speedy trial and ask the Court to so find.

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Dated:   September 18, 2018    /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for ROGER BARTLETT


                                          McGREGOR SCOTT
                                          United States Attorney

Dated:   September 18, 2018    /s/ T. Zindel for M. Morris
                                          MATTHEW MORRIS
                                          Assistant U.S. Attorney

## O R D E R

     The status conference scheduled for September 21, 2018 is continued to November 2, 2018, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Bartlett in a speedy trial. Time is therefore excluded from the date of this order through November 2, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

     IT IS SO ORDERED.
Dated:   September 19, 2018

                                          _____
                                          GARLAND E. BURRELL, JR.
                                          Senior United States District Judge