HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ROGER BARTLETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>              vs.<br><br>ROGER BARTLETT,<br><br>    Defendant. | Case No. 2:14-CR-0141 GEB<br><br>**STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: November 2, 2018<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

    It is hereby stipulated and agreed between defendant, Roger Bartlett, and plaintiff, United States of America, that the status conference scheduled for November 2, 2018, may be continued to February 22, 2019, at 9:00 a.m.

    The parties ask the Court to adopt the following schedule for filing and hearing a motion by defendant to dismiss the indictment and any other motions required to be filed before trial under Federal Rule of Criminal Procedure 12:

    Motions due                    December 28, 2018

    Oppositions due            January 25, 2019

    Reply briefs due           February 8, 2019

1 | The parties further ask the Court to schedule any hearing on the motions for the same date as the proposed status conference, February 22, 2019. The parties further agree that time under the Speedy Trial Act should be excluded through February 22, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford the parties adequate time for effective preparation and to assure continuity of counsel. The parties agree that the ends of justice served by a continuance outweigh the best interest of the public and Mr. Bartlett in a speedy trial and ask the Court to so find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: November 1, 2018         /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for ROGER BARTLETT


                                McGREGOR SCOTT
                                United States Attorney

Dated: November 1, 2018         /s/ T. Zindel for M. Morris
                                MATTHEW MORRIS
                                Assistant U.S. Attorney

/////
/////
/////
/////
/////
/////
/////

**O R D E R**

The status conference scheduled for November 2, 2018 is continued to February 22, 2019, at 9:00 a.m. and the above schedule is adopted for filing and hearing of pretrial motions. The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by a continuance outweigh the best interests of the public and Mr. Bartlett in a speedy trial. Time is therefore excluded from the date of this order through February 22, 2019, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 1, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge