1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy_zindel@fd.org

Attorney for Defendant
ROGER BARTLETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-0141 GEB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| ROGER BARTLETT, | |
| Defendant. | Date: February 22, 2019<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Roger Bartlett, and plaintiff, United States of America, that the status conference scheduled for February 22, 2019, may be continued to March 8, 2019, at 9:00 a.m.

The parties seek additional time to research legal issues relating to a resolution of the case currently under their consideration. The parties agree that additional time is necessary to complete that research and that time under the Speedy Trial Act should be excluded through March 8, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford the parties adequate time for effective preparation. The parties

-1-

agree that the ends of justice served by a continuance outweigh the best interest of the public and Mr. Bartlett in a speedy trial and ask the Court to so find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  February 21, 2019         /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for ROGER BARTLETT


                                  McGREGOR SCOTT
                                  United States Attorney


Dated:  February 21, 2019         /s/ T. Zindel for M. Morris
                                  MATTHEW MORRIS
                                  Assistant U.S. Attorney


**O R D E R**

The status conference scheduled for February 22 is continued to March 8, 2019, at 9:00 a.m. A continuance is necessary for the reasons stated above and the ends of justice to be served by a continuance outweigh the best interests of both parties in a speedy trial. Time is therefore excluded from the date of this order through March 8, 2019, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

  IT IS SO ORDERED.

Dated:  February 22, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge