1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGER BARTLETT,<br><br>Defendant. | CASE NO. 2:14-CR-141-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRESENTENCE SCHEDULE AND JUDGMENT AND SENTENCING<br><br>DATE: June 14, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Judgment and Sentencing on June 14, 2019.

2. By this stipulation, the parties jointly request to continue the Sentencing Hearing to July 26, 2019 and that the Presentence Investigation process be modified as follows:

- The proposed Presentence Report shall be disclosed to counsel no later than June 14, 2019;

- Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than June 28, 2019;

- The Presentence Report shall be filed with the Court and disclosed to counsel no later than July 05, 2019;

- Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than July 12, 2019;
- Reply, or Statement of Non-Opposition due July 19, 2019.

The parties have coordinated this schedule with the assigned probation officer and he does not object.

IT IS SO STIPULATED.

Dated: June 13, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
Assistant United States Attorney

Dated: June 13, 2019

/s/ TIMOTHY ZINDEL
TIMOTHY ZINDEL
Counsel for Defendant
ROGER BARTLETT

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: June 13, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge