HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-00141-GEB/DB |
|---|---|
| Plaintiff, | ) ORDER EXONERATING PROPERTY BOND AND FOR RECONVEYANCE OF DEED |
| v. | ) Duty Judge: Hon. Deborah Barnes |
| ROGER WALLACE BARTLETT, | ) |
| Defendant. | ) |

The Court hereby EXONERATES the property bond posted in this case and ORDERS that the property be reconveyed and that such reconveyance be recorded. The Clerk is directed to send the reconveyance documents to the property owner listed on the deed of trust.

Dated: July 10, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE